IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>PHOENO WINE COMPANY, INC., *et al.*,[1]<br><br>Debtors.<br><br>Don A. Beskrone, Chapter 7 Trustee for<br>PHOENO WINE COMPANY, INC., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>Gusto, Inc., f/k/a ZenPayroll, Inc.,<br><br>Defendant. | Chapter 7<br><br>Case No. 23-10554 (KBO)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No: 25-50621 (KBO) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Don A. Beskrone, in his capacity as the Chapter 7 Trustee for Phoeno Wine Company, Inc., *et al.*, (the "Plaintiff") and Gusto Inc., f/k/a ZenPayroll, Inc., (the "Defendant" together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including June 25, 2025.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{02121620;v1 }

2. Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

| | |
|---|---|
| Dated: May 15, 2025 | Dated: May 15, 2025 |
| **ASHBY & GEDDES, P.A.** | **ALSTON & BIRD LLP** |
| */s/ Benjamin W. Keenan* | */s/ William Hao* |
| Ricardo Palacio (DE No. 3186) | William Hao, Esq. |
| Benjamin W. Keenan (DE No. 4724) | 90 Park Avenue |
| 500 Delaware Avenue, 8th Floor | 15th Floor |
| P.O. Box 1150 | New York, NY |
| Wilmington, Delaware 19899 | Telephone: (212) 210-9400 |
| Telephone: (302) 654-1888 | Email: William.Hao@alston.com |
| Email: bkeenan@ashbygeddes.com | |
| *Counsel to Plaintiff* | *Counsel to Defendant* |